IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02264-WDM-OES

IN RE: NATURAL GAS COMMODITY LITIGATION

ORDER GRANTING MATTHEW REED'S
MOTION TO QUASH

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: November 16, 2005

Matthew Reed filed a Motion to Quash and for Protective Order. In his motion, he asks that he be protected from being deposed by plaintiffs in relation to this litigation. On November 9, 2005, I issued a Minute Order in which plaintiffs were allowed until November 14, 2005, within which to file a response to Reed's motion. Plaintiffs did not file a Response.

It is therefore ORDERED that Deponent Matthew Reed's Motion to Quash and for a Protective Order [Doc. 1, filed Nov. 8, 2005] is GRANTED.

Dated at Denver, Colorado, on November 16, 2005

BY THE COURT:

　s/O. Edward Schlatter
United States Magistrate Judge